**CLOSED CIVIL CASE**

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

PATRICIA ELAINE WRIGHT, JOSEPH MACDONALD WRIGHT, ELIZABETH JANE WRIGHT, individually, and as co-Personal Representatives of the Estate of JOSEPH WILLIAM WRIGHT, deceased, and MARJORIE JANE WRIGHT, deceased, and JOHN WILLIAM WRIGHT, individually,

Plaintiffs,

vs.

NATIONAL RAILROAD PASSENGER CORPORATION a/k/a AMTRAK; and CSX TRANSPORTATION,

Defendants.
_____/

Case No. 02-61053-CIV-FERGUSON



FILED by _____ D.C.
APR 2 3 2003
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court upon the Notice of Settlement entered on April 10, 2003. Accordingly, the case is **DISMISSED** without prejudice. The Court will retain jurisdiction over this matter for a period of 60 days from the date of this order to approve, and if necessary, enforce the settlement agreement. It is further

**ORDERED AND ADJUDGED** that any pending motions are rendered moot by this Order of Dismissal.



**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Florida, this 23 day of April, 2003.

WILKIE D. FERGUSON, JR.
UNITED STATES DISTRICT JUDGE

copies provided:

David Lipman, Esq.
Michael H. Doran, Esq.